**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-6605**

_____

DARNELL A. ALLEN, JR.,

                              Petitioner - Appellant,

        versus

THOMAS    MCBRIDE,    Warden,    Mount    Olive
Correctional Complex,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:05-cv-00016-REM)

_____

Submitted: October 2, 2006        Decided: January 26, 2007

_____

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Darnell A. Allen, Jr., Appellant Pro Se.  Dawn Ellen Warfield,
OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell A. Allen, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny Allen's motion for appointment of counsel and affirm for the reasons stated by the district court. See Allen v. McBride, No. 2:05-cv-00016-REM (N.D. W. Va. Mar. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED